ACCEPTED
01-14-000563-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/2/2015 4:41:29 PM
CHRISTOPHER PRINE
CLERK

CAUSE NO. 01-14-00563-CV
IN THE COURT OF APPEALS
FIRST COURT OF APPEALS DISTRICT
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/2/2015 4:41:29 PM
CHRISTOPHER A. PRINE
Clerk

**JERRY VALDEZ,**
**Appellant**

**vs.**

**BRUCE ROBERTSON, JR.,**
**Appellee**

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S REPLY BRIEF

TO THE HONORABLE COURT OF APPEALS:

Comes Now Appellant, JERRY VALDEZ, asking the Court to grant him an extension of time to file his Reply Brief and shows:

1. Appellee filed his Brief on May 11, 2015 and Appellant's Reply Brief was due on May 31, 2015. See Rules 9.3(a)(1)B, 10.5(b) and 38.6(d) of the Texas Rules of Appellate Procedure.

2. A party may file for an extension of time to file a Reply Brief. See Rules 9.3(a)(1)B, 10.5(b), 38.6(d).

3. Good cause exists for the granting of the requested extension. Appellant's attorney, who is a solo practitioner, is counsel for the mother of a man who was killed in a multiple vehicle accident in which six person were killed and at least two others were injured. Discovery in the case is complex and is ongoing. Further, Appellant's counsel

1

has had to attend to various court hearings in several counties regarding criminal and civil matters.

4. This case is not yet set for submission and Appellant's Reply Brief accompanies this motion.

5. PRAYER: Premises Considered, Appellant asks the Honorable Court of Appeals to grant this motion and to extend the time for Appellant to file his Reply Brief until July 3, 2015.

Respectfully submitted,

ARMANDO TREVINO
State Bar No. 20211100
1519 Washington St., Suite One
Laredo, Texas 78040
Tel: (956) 726-1638
Email: armandotrevinolaw@gmail.com
Attorney for Appellant

## CERTIFICATE OF SERVICE

A true copy of the above document was served on the 2nd day of July, 2015, on BRUCE ROBERTSON, JR., 8100 Broadway, Suite 102, San Antonio, Texas 78209; and on GEORGE H. SPENCER, JR., 112 E. Pecan, Suite 1300, San Antonio, Texas 78205.

ARMANDO TREVINO

07.2015, JV, BR, CAUSE NO. 01-14-00563-CV
MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S REPLY BRIEF